UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMONIQUE DEMETRIS FARR,

    Plaintiff,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1135

HON. JANE M. BECKERING

## MEMORANDUM OPINION AND ORDER

Plaintiff Domonique Demetris Farr, proceeding pro se, initiated this case against Governor Gretchen Whitmer, the Michigan Law Revision Commission, and the State of Michigan. On January 23, 2024, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2)(B) because Plaintiff lacks standing to prosecute his claims. The matter is presently before the Court on Plaintiff's objections to the Report and Recommendation (ECF No. 9).

In his objections, Plaintiff reiterates that "the act of the STATE was unconstitutional," but he agrees that his Complaint did not "create a stand for suit" (ECF No. 9 at PageID.30). He further indicates that he does "not plan to pursue this any further" (*id.*).

In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objections have been made. The Court determines that Plaintiff fails to demonstrate any factual or legal error in the Magistrate Judge's standing analysis or conclusion that Plaintiff's Complaint

is properly dismissed.  Therefore, the Court denies the objections and will enter a Judgment to close this case.  *See* FED. R. CIV. P. 58.  For the reasons stated in the Report and Recommendation and because this action was filed *in forma pauperis,* this Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610–11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211–12 (2007).  Accordingly:

**IT IS HEREBY ORDERED** that the Objections (ECF No. 9) are DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.

Dated:  March 13, 2024                                  /s/ Jane M. Beckering
                                                        JANE M. BECKERING
                                                        United States District Judge