UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMONIQUE DEMETRIS FARR,

    Plaintiff,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1135

HON. JANE M. BECKERING

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that the Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated: March 13, 2024

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge